ORIGINAL 

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF HAWAII

802876

| UNITED STATES OF AMERICA vs. | Violation Notice Number(s) | Violation Date(s) |
|---|---|---|
| NEFATIES, ROY<br>743 KAIPUU ST #5<br>HONOLULU, HI 96826<br>*Defendant.* | A1301454   H13<br><br>DRIVE W/OUT INS ~<br>CR 03-00500 ~<br>MANDATORY COURT<br>APPEARANCE | 08/24/2003 |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAY 02 2008
at __ o'clock and 40 min. P.M.
WALTER A.Y.H. CHINN, CLERK
SUE BEITIA

**BAIL SET AT $300 CASH BOND**

BY _____, DEPUTY

TO ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER:

# WARRANT OF ARREST

RECEIVED 2003 OCT 16 PM 1:54 U.S. MARSHALS SERVICE HONOLULU, HI.

You are hereby commanded to arrest and bring the above named defendant forthwith before the nearest available United States Magistrate Judge to answer to the above stated charge(s).

Collateral in the Amount of $ _____0.00_____ may be Forfeited in Lieu of Appearance.

MANDATORY COURT APPEARANCE REQUIRED

Date 10/14/2003

_____
*United States Magistrate Judge*
/S/ LESLIE E. KOBAYASHI

### RETURN

| | DATE | LOCATION |
|---|---|---|
| **RECEIVED** | | |

*EXECUTED BY ARREST OF THE ABOVE --NAMED DEFENDANT.*

| | DATE | LOCATION |
|---|---|---|
| | | |

DISMISSED APR 3 0 2008

Name _____  Title _____  District _____
Date _____  Signature _____

# United States District Court
## Violation Notice

| Loc Code | Violation No | Print Officer Name |
|---|---|---|
| H/3 | A1301454 | ELMAWARDY DON |

Officer No: #583

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Type of Offense: 08/24/03 - 1841
Offense Charged: HRS-431:10C-104 NUS 300 CASH
Place of Offense: Diesel Point-Alpha Fort Derussy
Offense Description: DRIVING WITHOUT AUTO INSURANCE CIVILIAN 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 NO USA FD

Defendant's Last Name: NEFATYES
First Name: ROY
M.I.: N.M.N.
Street Address: 713 KAZULU STREET APT 5
City: Honolulu
State: HI
Zip Code: 96826
Date of Birth: 07/16/70
Social Security No: 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
D L State: HI

### VEHICLE DESCRIPTION
Vehicle Tag No: NONE
Vehicle Tag State: HI
Year: 96
Vehicle Make: SEVEN
Vehicle Color: Black

A1301454

### YOUR COURT DATE
Court Address: 300 ALA MOANA BLVD. Room 300-C Honolulu, HI 96815
Date: 08/21/03
Time: 2150

A ☒ YOU MUST APPEAR IN COURT SEE INSTRUCTIONS
B ☐ YOU MUST MARK ONE OF THE TWO CHOICES BELOW AND MAIL THIS FORM WITHIN 21 DAYS SEE INSTRUCTIONS
  ☐ I wish to terminate this matter by paying the collateral shown below, enclosed
  ☐ I plead not guilty and promise to appear as required

Collateral (fine): NIC

CR03 00500
OCT 14 2003
00166-03
00766-03

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 24 AUG 2003 while exercising my duties as a law enforcement officer in the H/3 District of Honolulu

Sentry RI NAO3 at about 1841 hours while posted at Fort Derussy's check point alpha, a black 96" stingrey corp with Hawaii plates JSC-034 approached me. I requested the driver Mr. Defendant's license. He did not have one. I also requested for his auto registration and insurance. He could not produce this. Had insurance. NCIC check could not identify the subject and I was instructed by DMISO/DCK Sergeant to this subject waiting upper Houston and travel Ent. Custody. Subject complaint of no injury or illness. Listed 21 passed. See face sheet for specific details.

The foregoing statement is based upon
☒ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on 08/24/03   [signature] Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on _____   _____   U S Magistrate Judge

DD FORM 1805 (BACK), SEP 1998